Melvin CALDWELL, Petitioner,

v.

Reed D. ANDERSON, Judge, Pike Circuit Court, et al., Respondents.

Court of Appeals of Kentucky.

Dec. 6, 1974.

Marcus Mann, Salyersville, for petitioner.

Memorandum Opinion PER CURIAM, Denying Mandamus.*

COMMONWEALTH of Kentucky, DEPT. OF HIGHWAYS and Commonwealth of Kentucky, Board of Claims, Appellants,

v.

Dan WILLIAMSON, Appellee.

Court of Appeals of Kentucky.

Dec. 6, 1974.

Jim D. Robinson, General Counsel, Perry M. Lewis, Dept. of Highways, J. Keller Whitaker, Director, Workmen's Compensation Board, Frankfort, for appellants.

James E. Story, Eddyville, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

HARLAN COUNTY, Appellant,

v.

Ray R. POWELL, Administrator of Estate of Sarah E. Powell, Appellee.

Court of Appeals of Kentucky.

Dec. 6, 1974.

William Murphy Howard, Harlan Co. Atty., Harlan, for appellant.

James S. Greene, Jr., Greene & Forester, Harlan, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

Gail HUECKER, Commissioner, Department of Economic Security, Appellant,

v.

John Henry HENSON, Appellee.

Court of Appeals of Kentucky.

Dec. 6, 1974.

Paul E. Tierney, Forest Smith, Frankfort, for appellant.

Joseph F. Flynn, Steven A. Clark, Heidrick, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Reversing.*

* Opinion ordered not to be published.